O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 08-1226 DOC (RNBx)                                    Date: December 3, 2008

Title:  SEBASTIAN ITURBIDE V. NDEX WEST, LLC; CHASE HOME FINANCE, LLC; AND DOES 1-50

---

DOCKET ENTRY
    [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
        Date:_____  Deputy Clerk: _____

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

     Kristee Hopkins                              Not Present
     Courtroom Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): GRANTING MOTION TO DISMISS

       Defendant Chase Home Finance Inc. filed a Motion to Dismiss on November 7, 2008 (the "Motion").  A hearing on the Motion was set for December 15, 2008.  Plaintiff Sebastian Iturbide's ("Plaintiff") Opposition, if any, was due on December 1, 2008.  At present, Plaintiff has not filed an opposition.

       Accordingly, pursuant to Local Rule 7-12, the Motion is hereby GRANTED AS UNOPPOSED.  Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  Plaintiff SHALL file an amended complaint, if any, on or before December 17, 2008.

       The Clerk shall serve this minute order on all parties to the action.